MITCHEL T. RICE, NO. 6022
BRIAN H. HESS, NO. 10313
COLE L. BINGHAM, NO. 14131
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUSIE WHITING, individually and on behalf of the ESTATE OF THERON DANIEL WHITING,<br><br>    Plaintiffs,<br>v.<br><br>RITE AID CORPORATION, a Delaware corporation, dba RITE AID PHARMACY; THRIFTY PAYLESS HOLDINGS, INC., a Delaware corporation, dba RITE AID PHARMACY; RITE AID LEASE MANAGEMENT COMPANY, a California corporation, dba RITE AID PHARMACY; and THRIFTY PAYLESS INC, dba RITE AID,<br><br>    Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 2:12-cv-288<br><br>Judge David Nuffer |

Based upon the stipulation and motion[1] of the parties, and for good cause shown:

---

[1] Stipulation and Motion for Dismissal with Prejudice, docket no. 33, filed December 11, 2014.

IT IS HEREBY ORDERED that Plaintiff's Complaint, and all causes of action asserted therein, are dismissed with prejudice and on the merits, each party to bear their respective costs and attorney's fees. The Clerk is directed to close the case.

Dated December 11, 2014.

BY THE COURT:

David Nuffer
United States District Judge